## GONZALES et al. v. JOHN F. GRANT LUMBER CO.

### No. 3525.

Court of Civil Appeals of Texas. El Paso.
March 18, 1937.

Houts & Scarborough, of Sinton, for appellants.

J. G. Cook, of Sinton, for appellee.

NEALON, Chief Justice.

This is an appeal from a judgment of the county court of San Patricio county. The transcript was filed in the Court of Civil Appeals of the Fourth Supreme Judicial District May 11, 1936, and in this court July 3, 1936.

After due notice the case was set for submission at El Paso, January 4, 1937, and was then submitted. It was set for oral argument at San Antonio, January 18, 1937.

To date neither statement of facts nor briefs has been filed.

The appeal is dismissed.